# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 25-04293-VBF (DFM) | Date: | September 3, 2025 |
|---|---|---|---|
| Title | Bruce Westin v. City of Calabasas | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause Re: Service

On May 7, 2025, Plaintiff Bruce Westin, filed a pro se civil rights Complaint against the City of Calabasas. See Dkt. 1. On August 8, 2025, the Summons was issued. See Dkt. 5. However, the City of Calabasas has not been served with the Complaint.

"If a defendant is not served within 90 days after the complaint is filed, the court—on its own motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

**Plaintiff is ordered to show cause within fourteen (14) days why this case should not be dismissed for failure to effectuate service.** Plaintiff's filing of the Proof of Service of the Summons and Complaint on the City of Calabasas is sufficient to discharge this order. Failure to respond may result in a recommendation that this action be dismissed for failure to prosecute.